UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other person similarly situated,

    Plaintiff,

v.

KING OF MAIDS PLATFORM, LLC,

    Defendant.

Case No. 1:20-cv-00193-ARR-ST

**STIPULATION TO DISMISS WITH PREJUDICE**

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J.

8/19/20

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, discontinued in its entirety, with prejudice, against Defendant, without fees or costs against either party.

Dated: New York, New York
       August 18, 2020

LIPSKY LOWE LLP

By: _____
Christopher H. Lowe
420 Lexington Avenue, Suite 1830
New York, NY 10170-1830
Phone: (212) 2764-7171
Email: chris@lipskylowe.com

*Attorneys for Plaintiff*

DENTONS US LLP

By: _____
Timothy J. Straub
1221 Avenue of the Americas
New York, NY 10020-1089
Phone: (212) 768-6700
Email: timothy.straub@dentons.com

*Attorneys for Defendant*